IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



RALPH SMITH,

    Plaintiff,

v.    Civil Action No. **3:14CV299**

JUANITA WRIGHT, *et al.*,

    Defendants.

## MEMORANDUM OPINION

On June 25, 2014, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on August 20, 2014, the Court directed Plaintiff to pay an initial partial filing fee of $.78 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate order shall issue.

Date: 10-6-14
Richmond, Virginia

/s/
James R. Spencer
Senior U. S. District Judge